CHARLES H. MILLER et al., as Trustees under the Will of JANE M. MILLER, Deceased, Appellants, *v.* FANNY HARRIS, Respondent.

*Miller* v. *Harris*, 125 App. Div. 922, affirmed.
(Argued December 17, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

28, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover an amount collected on policies of fire insurance for damages to certain real property on which the plaintiffs held a mortgage.

*Otto C. Wierum, Jr.,* for appellants.

*Ezekiel Fixman* and *Clarence M. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.